United States District Court

For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| In Re | No. C-14-2533 EMC (pr) |
|---|---|
| | No. C-14-2534 EMC (pr) |
| MALINKA MOYE, | No. C-14-2535 EMC (pr) |
| | No. C-14-2536 EMC (pr) |
| Plaintiff. | No. C-14-2537 EMC (pr) |
| _____/ | No. C-14-2786 EMC (pr) |
| | No. C-14-2787 EMC (pr) |
| | No. C-14-2788 EMC (pr) |
| | No. C-14-2790 EMC (pr) |
| | No. C-14-2791 EMC (pr) |
| | No. C-14-2792 EMC (pr) |
| | No. C-14-2793 EMC (pr) |
| | No. C-14-2794 EMC (pr) |
| | No. C-14-2859 EMC (pr) |
| | No. C-14-2877 EMC (pr) |
| | No. C-14-2878 EMC (pr) |
| | No. C-14-3235 EMC (pr) |

**ORDER REVOKING PAUPER STATUS FOR APPEALS**

The Ninth Circuit has requested this Court in at least one of these many actions from Plaintiff to determine whether *in forma pauperis* status should continue for Plaintiff on appeal or whether the appeal is frivolous or not taken in good faith. *See* 28 U.S.C. § 1915(a)(3). The Court now certifies that the appeals are not taken in good faith and revokes *in forma pauperis* status for Plaintiff on appeal in these action.

IT IS SO ORDERED.

Dated: November 14, 2014

_____
EDWARD M. CHEN
United States District Judge